IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

WILLIAM WISENER,

        Plaintiff,

v.

CITY OF GRANTS PASS, et al.,

        Defendants.

No. 1:13-cv-238-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

    I agree with Magistrate Judge Clarke that defendants' motion

1 - ORDER

for partial summary judgment should be granted.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#35) is adopted. Defendants' motion for partial summary judgment (#20) is granted. Plaintiff's claims are dismissed with prejudice except as to plaintiff's claims for excessive force and right to privacy against defendant Dan Evans.

IT IS SO ORDERED.

DATED this **29** day of April, 2014.

                                   _____
                                   OWEN M. PANNER
                                   U.S. DISTRICT JUDGE

2 - ORDER